IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| KENDALL L. RILEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:19cv1070-MHT |
| | ) | (WO) |
| THE DEPARTMENT OF | ) | |
| CORRECTION FOR THE STATE | ) | |
| OF ALABAMA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state inmate, filed this lawsuit claiming that he was subjected to excessive force by correctional officers and denied medical care for his resulting injuries. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that defendants' motion for summary judgment be granted in part and denied in part, and that the remaining excessive-force claim be referred to a United States Magistrate Judge for mediation. There are no objections to the recommendation. After an independent

and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate order and judgment will be entered.

DONE, this the 5th day of December, 2022.

                                         /s/ Myron H. Thompson
                                      **UNITED STATES DISTRICT JUDGE**